# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2210
_____

CHRIS THOMAS,

    Appellant,

v.

KATHERYN HERRINGTON
THOMAS,

    Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
Frederick Laurence Koberlein, Jr., Judge.

April 13, 2026

PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Samuel Robert Alexander and Michael Joseph Ellis of Alexander Appellate Law P.A., Jacksonville, for Appellant.

Elizabeth Rosado Brinson of The Brinson Law Firm, PLLC, Live Oak, for Appellee.